

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00435-CV

In the Interest of **J.R.P.**, et al., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01799
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, the order terminating J.R.'s parental rights is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED October 29, 2014.

Karen Angelini, Justice